UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

George Holstein,

       Plaintiff(s),

       v.                               Civil Action No. 2:20-cv-99

Commissioner of Social Security,

       Defendant(s).

## **ORDER**

On or before September 8, 2020, Plaintiff shall return executed his Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 20th day of August 2020.

/s/ John M. Conroy
John M. Conroy
United States Magistrate Judge